IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-354 LJO |
| Plaintiff, | |
| vs. | **ORDER REGARDING CALENDAR CONFLICTS** |
| RICHARD ANTONIO SALAS, JR. et al., | |
| Defendants. | |
| _____/ | |

At the October 14, 2011 Status Hearing, with all counsel and all parties present, this Court gave notice to all counsel that once hearing and trial dates are agreed upon and set in this action, any conflicts that thereafter develop will create a conflict with the *other* case and not the above-captioned matter. With more than 45 lawyers involved in the instant action, the ability for calendar accommodation is non-existent.

IT IS SO ORDERED.

**Dated:   October 18, 2011**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE