1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR FELIPE RAMIREZ

5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )    NO. 1:11-CR-354 LJO
                                     )
13              Plaintiff,           )
                                     )
14       vs.                         )    STIPULATION TO EXTEND TIME FOR
                                     )    THE FILING OF DEFENDANTS'
                                     )    NON-DISPOSITIVE  MOTIONS;  AND
15  FELIPE RAMIREZ, et al.,          )    ORDER THEREON
                                     )
16              Defendants.          )
    _____ )
17

18          IT IS HEREBY STIPULATED by and between plaintiff, United States of

19  America, and its attorneys of record, Kathleen A. Servatius and Kimberly Sanchez,

20  Assistant U.S. Attorneys, and  the following named defendants, and their attorneys of

21  record herein, that defendants' non-dispositive motions scheduled to be filed on or before

22  June 8, 2012 may be filed on or before **August 6, 2012**, and the Government's responses

23  thereto scheduled to be filed on or before September 7, 2012 shall be filed on or before

24  **September 14, 2012.**  The hearing on said motions will remain as previously scheduled

25  for **October 12, 2012 at the hour of 1:00 p.m.** before the Honorable Lawrence J. O'Neill,

26  ///

27  ///

28  ///

1   United States District Judge.

2       DATED: May 17, 2012                    BENJAMIN B. WAGNER
                                               United States Attorney
3

4                                              By: /s/ Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
5                                                  **Attorney for Plaintiff**

6       DATED May 17, 2012                     FEDERAL DEFENDER'S OFFICE

7

8                                              By: /s/ Eric V. Kersten
    _                                              ERIC V. KERSTEN
9                                                  Attorney for Defendant
                                                   **SHAWN MICHAEL CAMERON**

10

11      DATED: May 17, 2012                    /s/ Daniel L. Harralson
                                               DANIEL  L. HARRALSON
                                               Attorney for Defendant
12                                             **JOSE ANTONIO VELEZ**

13

14      DATED: May 17, 2012                    /s/ John Federick Garland
                                               JOHN FREDERICK GARLAND
                                               Attorney for Defendant
15                                             **RICHARD ANTONIO SALAS**

16

17      DATED: May 17, 2012                    /s/ Harry M. Drandell
                                               HARRY M. DRANDELL
                                               Attorney for Defendant
18                                             **RAYMOND LOUIS AVALOS**

19

20                                             WANGER, JONES & HELSLEY, PC

21      DATED: May 17, 2012                    By: /s/ Peter Michael Jones
                                               PETER MICHAEL JONES
22                                             Attorney for Defendant
                                               **JEROME JAMES LANDEROS**
23

24      DATED: May 17, 2012                    /s/ Dale A. Blickenstaff
                                               DALE A. BLICKENSTAFF
25                                             Attorney for Defendant
                                               **ARMANDO NUNEZ**
26

27      DATED: May 17, 2012                    /s/Steven Crawford
                                               STEVEN CRAWFORD
28                                             Attorney for Defendant
                                               **JONATHAN OMAR MARIN MOJARRO**

1

2   DATED: May 17, 2012          /s/ David F. Candelaria
                                  Attorney for Defendant
3                                 **CALIXTRO ISRAEL SANCHEZ**

4
    DATED: May 17, 2012          /s/ Carl M. Faller
5                                 CARL M. FALLER
                                  Attorney for Defendant
6                                 **CHRISTOPHER ANTHONY MEDRANO**

7
    DATEDI: May 17, 2012         /s/ Salvatore Sciandra
8                                 Salvatore Sciandra
                                  Attorney for Defendant
9                                 **CARLOS ENRIQUE**

10
                                  NUTTALL, COLEMAN & WILSON
11

12  DATED: May 17, 2012          By: /s/ Mark W. Coleman
                                  MARK W. COLEMAN
13                                Attorney for Defendant
                                  **MANUEL ALEJANDRO GARCIA**
14

15  DATED: May 17, 2012          /s/ Galatea R. DeLapp
                                  GALATEA R. DeLAPP
16                                Attorney for Defendant
                                  **VANESSA MARIN MOJARRO CAMERON**
17

18  DATED: May 17, 2012          /s/ Brian C. Andritch
                                  BRIAN C. ANDRITCH
19                                Attorney for Defendant
                                  **DAVID RAY SANCHEZ**
20

21  DATED: May 17, 2012          /s/ Jon Kiyoshi Renge
                                  JON KIYOSHI RENGE
22                                Attorney for Defendant
                                  **FLORENTINO TORRES ACOSTA**
23

24  DATED: May 17, 2012          /s/ Curtis Bonghoon Sok
                                  CURTIS BONGHOON SOK
25                                Attorney for Defendant
                                  **SALVADOR ZAMORA, JR**
26

27  DATED: May 17, 2012          /s/ Michael William Berdinella
                                  MICHAEL WILLIAM BERDINELLA
28                                Attorney for Defendant
                                  **ERNESTO CASTRO**

1          BAKER, MANOCK & JENSEN

2
     DATED: May 17, 2012          /s/: Robert Donald Wilkinson
3                                 ROBERT DONALD WILKINSON
                                  Attorney for Defendant
4                                 **FELIX ALEJANDRO**

5
     DATED: May 17, 2012          /s/ Mario DiSalvo
6                                 MARIO DiSALVO
                                  Attorney for Defendant
7                                 **JESUS SERRANO**

8
                                  JACKE & JACKE
9

10    DATED: May 17, 2012          /s/: H. Clay Jacke, II
                                   H. CLAY JACKE, II
11                                 Attorney for Defendant
                                   **DAVID TERRAZAS, aka STARRY**
12

13    DATED: May 17, 2012          /s/ David A. Torres
                                   DAVID A. TORRES
14                                 Attorney for Defendant
                                   **MARTIN MARTINEZ**
15

16                                 LAW OFFICES OF ROBERT W.LYONS

17
     DATED: May 17, 2012          By: /s/ Irvin Leroy Simons
18                                 IRVIN LEROY SIMONS
                                   Attorney for Defendant
19                                 **PHILLIP SPARKS**

20
     DATED: May 17, 2012          /s/ Jeffrey Tyson Hammerschmidt
21                                 JEFFREY TYSON HAMMERSCHMIDT
                                   Attorney for Defendant
22                                 **ARMAND VALLE**

23
     DATED: May 17, 2012          /s/ Toni Carbone
24                                 TONI CARBONE
                                   Attorney for Defendant
25                                 **FELIPE GUTIERREZ**

26
     DATED: May 17, 2012          /s/ Barbara Hope O'Neill
27                                 BARBARA HOPE O'NEILL
                                   Attorney for Defendant
28                                 **JESSE JUAREZ**

1

2  DATED: May 17, 2012          /s/ Edward Marshall Hodgkins, III
                                EDWARD MARSHALL HODGKINS, III
3                               Attorney for Defendant
                                **FENTON TORREZ**
4

5  DATED: May 17, 2012          /s/ Joan Jacobs Levie
                                JOAN JACOBS LEVIE
6                               Attorney for Defendant
                                **EDWARD LUNA**
7

8  DATED: May 17, 2012          /s/ Robert Lee Forkner
                                ROBERT LEE FORKNER
9                               Attorney for Defendant
                                **GERARDO JAQUEZ**
10

11 DATED: May 17, 2012          /s/ J. Tony Serra
                                J. TONY SERRA
12                              Attorney for Defendant
                                **JORGE JAUREGUI**
13

14 DATED: May 17, 2012          /s/ Karen L. Lynch
                                KAREN L. LYNCH
15                              Attorney for Defendant
                                **MARACELLO AMBRIZ**
16

17 DATED: May 17, 2012          /s/ James R. Homola
                                JAMES R. HOMOLA
18                              Attorney for Defendant
                                **ROBERT SALAZAR**
19

20 DATED: May 17, 2012          /s/ Daniel A. Bacon
                                DANIEL A. BACON
21                              Attorney for Defendant
                                **FELIPE RAMIREZ**
22

23                              BAY AREA CRIMINAL LAWYERS, PC

24
   DATED: May 17, 2012          By: /s/ David J. Cohen
25                              DAVID J. COHEN
                                Attorney for Defendant
26                              **CESAR NOE VILLA**

27

28

# O R D E R

It having been stipulated by the parties hereto, and good cause appearing therefor,

The defendants and all of their non-dispositive motions must be filed with this Court on or before **August 6, 2012** and the Government shall have until **September 14, 2012** in which to file its responsive pleadings.

The hearing date of **October 12, 2012** at the hour of **1:00 p.m.** shall remain.

IT IS SO ORDERED.

**Dated:    May 22, 2012**                                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE