1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )  1:11-CR-00354 LJO
                                      )
11              Plaintiff,            )  ORDER GRANTING GOVERNMENT'S
                                      )  REQUEST TO SUBMIT EXHIBITS IN
12                                    )  SUPPORT OF RESPONSE TO
                v.                    )  DEFENDANTS' OMNIBUS MOTION FOR
13                                    )  DISCOVERY *IN CAMERA* AND *UNDER
                                      )  SEAL*
14 RICHARD SALAS, et. al.,            )
                                      )  DATE:   October 12, 2012
15              Defendants.           )  TIME:    1:00 p.m.
                                      )  HONORABLE Lawrence J. O'Neill
16                                    )
                                      )
17 _____)

18         The United States of America, by and through Benjamin B. Wagner, United States Attorney,

19 and Kathleen A. Servatius and Kimberly A. Sanchez, Assistant United States Attorneys, having

20 requested permission to file the government's redacted and unredacted Exhibits to its Response to

21 the Defendants' Omnibus Motion for Discovery *under seal* until further order of the Court and to

22 submit the unredacted Exhibits only for the Court's consideration *in camera*, good cause appearing

23 therefore,

24

25                                    IT IS SO ORDERED.

26 **Dated:    September 14, 2012**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
27

28

                                          1