BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> RICHARD SALAS, et. al., </br></br> Defendants. | 1:11-CR-00354 LJO </br></br> ORDER GRANTING GOVERNMENT'S REQUEST TO SUBMIT EXHIBITS IN SUPPORT OF RESPONSE TO DEFENDANTS' OMNIBUS MOTION FOR DISCOVERY *IN CAMERA* AND *UNDER SEAL* </br></br> DATE:  October 12, 2012 </br> TIME:   1:00 p.m. </br> HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius and Kimberly A. Sanchez, Assistant United States Attorneys, having requested permission to file the government's redacted and unredacted Exhibits to its Response to the Defendants' Omnibus Motion for Discovery *under seal* until further order of the Court and to submit the unredacted Exhibits only for the Court's consideration *in camera*, good cause appearing therefore,

IT IS SO ORDERED.

**Dated:   September 14, 2012**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1