IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-LJO |
| Plaintiff, | **ORDER RE: DISCOVERY ISSUES**; **MOTIONS SCHEDULE** |
| vs. | |
| RICHARD ANTONIO SALAS, JR., et al., | |
| Defendants. | |

On February 22, 2013, a status conference regarding the parties' discovery issues was held in the above titled case.  This Court incorporates by reference the hearing transcript, the appearances of the attorneys, and the Court's discovery rulings.

With regard to substantive motions, the Court sets the following briefing schedule.  All substantive motions must be filed by June 3, 2013.  The government's opposition is due on July 15, 2013.  A hearing, **if necessary**, will be held on August 23, 2013, at 08:30 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   February 22, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1