1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | 1:11-CR-00354-NONE
12 |                    Plaintiff,           | STIPULATION FOR BRIEFING DEFENDANT'S
                                             | MOTION FOR REDUCTION OF SENTENCE
13 |           v.                            |
14 | RICHARD SALAS,                          |
15 |                    Defendant.           |
16

17     The United States of America, by and through McGREGOR W. SCOTT, United States Attorney,

18 and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Richard Salas,

19 by and through his attorney, Lexi Negrin, hereby stipulate that the government's response to the

20 defendant's motion to reduce sentence shall be filed on or before October 29, 2020.

21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

The defendant's reply shall be due on or before November 19, 2020.

Dated: October 13, 2020

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/  KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: October 13, 2020

/s/ *Lexis Negrin*
Lexis Negrin, Attorney for Richard Salas

**ORDER**

IT IS SO ORDERED.

Dated:   **October 15, 2020**

UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON